78,395-01,02,03

Clerk for the
**Court of Criminal Appeals**
P.O. Box 12308
Austin, Texas 78711-2308

23rd December 2015

RE: **Docket Sheets**
    Ex Parte Zirus, WR-78,395-01; WR-78,395-02; WR-78,395-03

To The Clerk,

I hope this letter finds you well. I am writing to request a copy of the Docket Sheets for the above styled and numbered cause.

Thank you very much for your time and assistance. Take Care.

Kind Regards,

Scott Zirus #1640002
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

CC: FILE

Abel Acosta, Clerk